**No. 54098.**—B. Altman & Co. et al. *v.* United States, protests 80795–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54099.**—A. Schulman, Inc. *v.* United States, protests 138838–K and 139683–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54100.**—The House of Burgundy *v.* United States, protest 152004–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, MARCH 3, 1950

**No. 54101.**—D. P. Harris Hardware & Manufacturing Co. *v.* United States, protests 793673–G, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *Spiegel Bros. Corp.* v. *United States* (9 Cust. Ct. 194, C. D. 692) and Abstract 49673, the claim of the plaintiff was sustained.

MARCH 2, 1950

**No. 54102.**—Hide Trading Corp. *v.* United States, protest 136990–K.——Abstract 53989. Plaintiff's application for rehearing granted.

MARCH 1, 1950

**No. 54103.**—SUIT 4600.—Armand Schmoll, Inc. *v.* United States.——C. D. 1097 affirmed December 12, 1949. C. A. D. 420.